# EXHIBIT B

Patrick T. D'Arcy, Esq.
ID#: 036251988
**D'ARCY JOHNSON DAY, P.C.**
3120 Fire Road; Suite 100
Egg Harbor Township, New Jersey 08234
609/641-6200
**Attorneys for Plaintiffs**

| | |
|---|---|
| C.D.          , a minor,<br>by and through his Natural<br>Parents and Guardian ad Litems,<br>SHAWN DUFFY AND KATHERINE<br>HERMANSEN,<br>           Plaintiffs,<br>v.<br><br>NWOGO N. AGBASI, M.D.,<br>SOUTHERN JERSEY FAMILY<br>MEDICAL CENTERS, INC.;<br>ATLANTICARE REGIONAL MEDICAL<br>CENTER, and JOHN DOE MEDICAL<br>PROVIDERS A-Z (multiple alternative<br>and fictitious individuals and/or business<br>entities), j/s/a,<br><br>           Defendants. | SUPERIOR COURT OF NEW JERSEY<br>ATLANTIC COUNTY<br>LAW DIVISION<br><br>DOCKET NO. ATL-L-597-16<br><br>CIVIL ACTION<br><br>**SUMMONS** |

**The State of New Jersey, to the above named Defendant(s):**

**Nwogo N. Agbasi, MD**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this Summons states the basis for this lawsuit. If you dispute this Complaint, your or your attorney must file a written Answer or Motion and Proof of Service with the Deputy Clerk of the Superior Court in the county listed above within 35 days from the date you receive this Summons, not counting the date you receive it.(The address of each deputy clerk of the Superior Court is provided.) If the Complaint is one in foreclosure, then you must file your written Answer or Motion and Proof of Service with the Clerk of the Superior Court, Hughes Justice Complex, CN 971, Trenton, New Jersey 08625. An $105.00 filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the Deputy Clerk of the Superior Court) must accompany your Answer or Motion when it is filed. You must also send a copy of your Answer or Motion to the plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written Answer or Motion (with fee and

completed Case Information Statement) if you want the Court to hear your defense.

If you do not file and serve a written Answer or Motion within 35 days the Court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services Office in the County where you live. A list of these offices is provided, If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Date: March 23, 2016

*Edward P. McGettigan*
Edward P. McGettigan, Clerk

Name of defendant to be served:     Nwogo Agbasi, M.D.
Address for service:     932 S. Main Street
     Pleasantville NJ 08232

| ATLANTIC COUNTY | BERGEN COUNTY | BURLINGTON COUNTY | CAMDEN COUNTY |
|---|---|---|---|
| Deputy Clerk of the Superior Court | Deputy Clerk of the Superior Court | Deputy Clerk of the Superior Court | Deputy Clerk of the Superior Court |
| Civil Division, Direct Filing | Case Processing Section | Central Processing Office | Civil Processing Office |
| 1201 Bacharach Blvd., 1st Floor | Room 119 | Attn: Judicial Intake | 1st Fl., Hall of Records |
| Atlantic City, NJ 08401 | Justice Center, 10 Main St. | First Fl., Courts Facility | 101 S. Fifth St. |
| LAWYER REFERRAL | Hackensack, NJ 07601-0769 | 49 Rancocas Rd. | Camden, NJ 08103 |
| (609) 345-3444 | LAWYER REFERRAL | Mt. Holly, NJ 08060 | LAWYER REFERRAL |

LEGAL SERVICES
(609) 348-4200

(201) 488-0044
LEGAL SERVICES
(201) 487-2166

LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609)261-1088

(609) 964-4520
LEGAL SERVICES
(609) 964-2010

CAPE MAY COUNTY
Deputy Clerk of the Superior Court
Central Processing Office
9 N. Main Street
Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

CUMBERLAND COUNTY
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., P.O. Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL
(609) 692-6207
LEGAL SERVICES
(609) 451-0003

ESSEX COUNTY
Deputy Clerk of the Superior Court
237 Hall of Records
465 Martin Luther King, Jr. Blvd.
Newark, NJ 07102
LAWYER REFERRAL
(201) 622-6207
LEGAL SERVICES
(201) 624-4500

GLOUCESTER COUNTY
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First Fl., Court House
1 North Broad Street., P.O. Box 12
Woodbury, NJ 08096
LAWYER REFERRAL
(609) 848-4589
LEGAL SERVICES
(609) 848-5360

HUDSON COUNTY :
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House - 1st Floor
583 Newark Ave.
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

HUNTERDON COUNTY
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08862
LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

MERCER COUNTY :
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

MIDDLESEX COUNTY:
Deputy Clerk of the Superior Court
Administration Building
Third Floor
1 Kennedy Sq., P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(908) 828-0053
LEGAL SERVICES
(908) 249-7600

MONMOUTH COUNTY
Deputy Clerk of the Superior Court
71 Monument Park
P.O. Box 1262
Court House, East Wing
Freehold, NJ 07728-1262
LAWYER REFERRAL
(908) 431-5544
LEGAL SERVICES
(908) 866-0020

MORRIS COUNTY
Deputy Clerk of the Superior Court
Civil Division
30 Schuyler Pl., P.O. Box 910
Morristown, NJ 07960-0910
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(201) 285-6911

OCEAN COUNTY:
Deputy Clerk of the Superior Court
Court House, Room 119
118 Washington Street
Toms River, NJ 08754
LAWYER REFERRAL
(908) 240-3666
LEGAL SERVICES
(908) 341-2727

PASSAIC COUNTY
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton St.
Paterson , NJ 07505
LAWYER REFERRAL
(201) 278-9223
LEGAL SERVICES
(201) 345-7171

SALEM COUNTY
Deputy Clerk of the Superior Court
92 Market St., P.O. Box 18
Salem, NJ 08079
LAWYER REFERRAL
(609) 678-8363
LEGAL SERVICES
(609) 451-0003

SOMERSET COUNTY
Deputy Clerk of the Superior Court
Civil Division Office
New Court House, 3rd Fl.
P.O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

SUSSEX COUNTY:
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(201) 383-7400

UNION COUNTY:
Deputy Clerk of the Superior Court
1st. Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

WARREN COUNTY
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(908) 475-2010

Patrick T. D'Arcy, Esq.
ID#: 036251988
**D'ARCY JOHNSON DAY, P.C.**
3120 Fire Road; Suite 100
Egg Harbor Township, New Jersey 08234
609/641-6200
**Attorneys for Plaintiffs**

RECEIVED and
FILED
MAR 1 8 2016
ATLANTIC COUNTY
LAW DIVISION

|  |  |
|---|---|
| C.D.     , a minor,<br>by and through his Natural<br>Parents and Guardian ad Litems,<br>SHAWN DUFFY AND KATHERINE<br>HERMANSEN,<br>          Plaintiffs,<br>V.<br><br>NWOGO N. AGBASI, M.D.,<br>SOUTHERN JERSEY FAMILY<br>MEDICAL CENTERS, INC.;<br>ATLANTICARE REGIONAL MEDICAL<br>CENTER, and JOHN DOE MEDICAL<br>PROVIDERS A-Z (multiple alternative<br>and fictitious individuals and/or business<br>entities), j/s/a,<br><br>          Defendants. | SUPERIOR COURT OF NEW JERSEY<br>ATLANTIC COUNTY<br>LAW DIVISION<br><br>DOCKET NO. ATL L- 591-16<br><br>CIVIL ACTION<br><br><br>**COMPLAINT**<br>**-and jury demand** |

Plaintiffs, residing at 20 Country Juniper Lane, Egg Harbor Township, Atlantic County, New Jersey, by way of Complaint against defendants, say:

**FIRST COUNT**

1.    On or about 6-12-13 plaintiff, Katherine Hermansen, presented to defendant Atlanticare Regional Medical Center located in Galloway, Atlantic County, New Jersey, for preterm premature rupture of membranes.

2.      At the same time and place, defendant Nwogo Agbasi, M.D. was a physician providing care at Atlanticare Regional Medical Center, and held herself out to be and is a licensed physician in the State of New Jersey.

3.      Defendant Agbasi was negligent and deviated from accepted standards of care in her management and handling of plaintiff Katherine Hermansen's labor and delivery and in such other ways as discovery may reveal.

4.      At all times relevant hereto, in rendering care to plaintiff Katherine Hermansen, defendant Agbasi was an agent, servant and/or employee of defendant Southern Jersey Family Medical Centers, Inc.

5.      Defendant Atlanticare Regional Medical Center was the hospital where plaintiff Katherine Hermansen delivered her son on June 15, 2013, and was at the time a hospital licensed by the State of New Jersey.

6.      Defendant Agbasi acted at all times in her treatment of plaintiff Katherine Hermansen as an agent, servant and/or employee of defendant Atlanticare Regional Medical Center.

7.      Under the doctrine of *respondeat superior*, defendant Southern Jersey Family Medical Centers, Inc., is responsible for the negligent acts committed by defendant Agbasi and any damages suffered by plaintiff as a result thereof.

8.      Under the doctrine of *respondeat superior*, defendant Atlanticare Regional Medical Center is responsible for the negligent acts committed by defendant Agbasi and any damages suffered by plaintiff as a result thereof.

9.      As a result of defendant Agbasi's negligence as aforesaid, plaintiff    C.D. suffered serious and permanent injuries and suffered, sustained and incurred damages, losses and

expenses with respect thereto.  Alternatively, said negligence significantly increased the risk of

harm or caused the minor plaintiff to lose a significant chance at a better outcome.

WHEREFORE, plaintiffs, demand judgment against defendants Nwogo Agbasi, M.D., Southern Jersey Family Medical Centers, Inc., Atlanticare Regional Medical Center, and John Doe Medical Providers A-Z (multiple, alternative and fictitious individuals and/or business entities), jointly, severally and in the alternative, for personal injuries and attendant losses, damages and expenses together with interest and costs of suit.

## SECOND COUNT

1.      Plaintiffs repeat each and every allegation of the preceding Count and makes them

paragraph one of this Count.

2.      As a result of the negligence and aforesaid deviations from the applicable

standard of care by defendant Agbasi, plaintiff Katherine Hermansen was deprived information

that a prudent patient in her position would deem material in deciding to undergo the

recommended medical treatment.

3.      A prudent patient in Katherine Hermansen's position, being properly informed of

the risks of the recommended medical treatment and its medically accepted alternatives, would

have declined the course of treatment undertaken by defendant.

4.      As a result of defendant Agbasi's negligence as aforesaid, plaintiff    C.D.

suffered serious and permanent injuries and suffered, sustained and incurred damages, losses and

expenses with respect thereto.  Alternatively, said negligence significantly increased the risk of

harm or caused the minor plaintiff to lose a significant chance at a better outcome.

WHEREFORE, plaintiffs, demand judgment against defendants Nwogo Agbasi, M.D., Southern Jersey Family Medical Centers, Inc., Atlanticare Regional Medical Center, and John Doe Medical Providers A-Z (multiple, alternative and fictitious individuals and/or business entities), jointly, severally and in the alternative, for personal injuries and attendant losses, damages and expenses together with interest and costs of suit.

## THIRD COUNT

1.      Plaintiffs repeat each and every allegation of the preceding Counts and makes them paragraph one of this Count.

2.      Plaintiffs allege that an insufficient amount of time has passed within which to determine the identity of any other medical personnel, individuals or business entities whose negligence may be responsible in whole or in part for the care and treatment of plaintiff, or alternatively, that said information is not available without commencing litigation.  For the purposes of the within Complaint, said individuals and business entities have been nominated as John Doe Medical Providers A-Z.

3.      Plaintiffs, pursuant to the Rules of Court for the State of New Jersey, reserve the right to amend the within Complaint to add additional defendants when and if the identity of said individuals or business entities becomes known.

WHEREFORE, plaintiffs, demand judgment against defendants Nwogo Agbasi, M.D., Southern Jersey Family Medical Centers, Inc., Atlanticare Regional Medical Center, and John Doe Medical Providers A-Z (multiple, alternative and fictitious individuals and/or business entities), jointly, severally and in the alternative, for personal injuries and attendant losses, damages and expenses together with interest and costs of suit.

## FORTH COUNT

1.      Plaintiffs repeat each and every allegation of the preceding Counts and makes them paragraph one of this Count.

WHEREFORE, plaintiffs, demand judgment against defendants Nwogo Agbasi, M.D., Southern Jersey Family Medical Centers, Inc., Atlanticare Regional Medical Center, and John Doe Medical Providers A-Z (multiple, alternative and fictitious individuals and/or business entities), jointly, severally and in the alternative, for personal injuries and attendant losses, damages and expenses together with interest and costs of suit.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues raised by these pleadings.

## DESIGNATION OF TRIAL COUNSEL

Patrick T. D'Arcy, Esq., is hereby designated as Trial Counsel in the within litigation pursuant to *R.* 4:25-4.

## DEMAND FOR INSURANCE COVERAGE

In accordance with *R. 4:10-2*, defendants are demanded to provide a complete copy of their applicable liability insurance policies including any excess or umbrella policies with declaration sheets within thirty (30) days of service of this Complaint.

## DEMAND FOR DOCUMENTS

Plaintiff demands that the defendants, within 30 days of service of this Complaint, each produce copies of their complete files regarding the plaintiff and those documents requested in the attached Notice to Produce.

## DEMAND FOR TRANSCRIPTION

Plaintiff demands that each defendant produce a typed transcription of any and all of his/her handwritten office records and hospital records, within 30 days of service of the Complaint.

## DEMAND FOR ANSWERS TO INTERROGATORIES

Demand is hereby made for fully responsive answers to Form C and Form C(3) Interrogatories appearing in Appendix II to the Rules of Court.

D'ARCY JOHNSON DAY, P.C.
*Attorneys for Plaintiffs*

BY: _____
       Patrick C. D'Arcy, Esq.

Dated: 3-15-16

## CERTIFICATION PURSUANT TO RULE 4:5-1

    I hereby certify that to the best of my knowledge, information and belief that this matter in controversy is not the subject of any other action pending in any court or in any arbitration proceeding, nor is any other action or arbitration proceeding contemplated. To the best of my knowledge at this time, all parties who should have been joined in this action have been joined.

**D'ARCY JOHNSON DAY, P.C.**
*Attorneys for Plaintiff*

by: _____
      Patrick T. D'Arcy, Esq.

Date:

    3-15-16

## AFFIDAVIT OF MERIT

STATE OF PENNSYLVANIA          )

COUNTY OF  *Montgomery*          )

RECEIVED and FILED

MAR 18 2016

ATLANTIC COUNTY
LAW DIVISION

LAWRENCE STEPHEN BOROW, M.D., upon his oath, deposes and says:

1.     I am a licensed physician in the State of Pennsylvania and have been board certified and/or have practiced for at least five years in the field or specialty of Obstetrics and Gynecology.

2.     I have no financial interest in the outcome of this case.

3.     Based upon the records which I have reviewed and/or the facts of this matter, there is a reasonable probability that the care, skill or knowledge exercised or exhibited in the treatment of     C.D.     while under the care of Nwego Agbasi, M.D., and/or its nursing staff, employees and/or agents fell outside acceptable professional treatment practices.

I HEREBY CERTIFY that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 12-4-15

LAWRENCE STEPHEN BOROW, M.D.

Sworn to and subscribed before me this ___4ᵗʰ___ day of __December__, 2015.

Dated: 12/04/15

NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric Freundlich, Notary Public
Lower Merion Twp., Montgomery County
My Commission Expires Feb. 7, 2018
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

If any defendant contends that this Affidavit of Merit fails to completely satisfy the requirements of the Affidavit of Merits Statute in any way, demand is hereby made that the defendant immediately notify the plaintiff on any such alleged deficiencies so that same may be corrected if necessary and within the time constraint of N.J.S.A. 2A:53A-26, et seq.

<u>Appendix XII-B1</u>

| | CIVIL CASE INFORMATION STATEMENT (CIS)<br><br>Use for initial Law Division<br>Civil Part pleadings (not motions) under *Rule* 4:5-1<br>**Pleading will be rejected for filing, under *Rule* 1:5-6(c),<br>if information above the black bar is not completed<br>or attorney's signature is not affixed** | FOR USE BY CLERK'S OFFICE ONLY |
|---|---|---|
| | | PAYMENT TYPE:  ☐CK ☐CG ☐CA |
| | | CHG/CK NO. |
| | | AMOUNT: |
| | | OVERPAYMENT: |
| | | BATCH NUMBER: |

| ATTORNEY / PRO SE NAME<br>Patrick T. D'Arcy, Esq. | TELEPHONE NUMBER<br>(609) 641-6200 | COUNTY OF VENUE<br>Atlantic |
|---|---|---|
| FIRM NAME (if applicable)<br>D'Arcy Johnson Day, P.C. | | DOCKET NUMBER (when available)<br>ATL-L-541-16 |
| OFFICE ADDRESS<br>3120 Fire Rd., Suite 100<br>Egg Harbor Twp NJ 08234 | | DOCUMENT TYPE<br>Complaint |
| | | JURY DEMAND  ■ YES  ☐ No |

*(stamp: RECEIVED and FILED MAR 18 2016 ATLANTIC COUNTY LAW DIVISION)*

| NAME OF PARTY (e.g., John Doe, Plaintiff)<br>C.D.    , A MINOR, et als, plaintiffs | CAPTION<br>C.D. v. Agbasi, et als |
|---|---|

| CASE TYPE NUMBER<br>(See reverse side for listing)<br>604 | HURRICANE SANDY RELATED?<br>☐ YES  ■ NO | IS THIS A PROFESSIONAL MALPRACTICE CASE?  ■ YES  ☐ NO<br>IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A:27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
|---|---|---|
| RELATED CASES PENDING?<br>☐ YES  ■ No | IF YES, LIST DOCKET NUMBERS | |
| DO YOU ANTICIPATE ADDING ANY PARTIES<br>(arising out of same transaction or occurrence)?<br>☐ YES  ■ No | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)<br>☐ NONE<br>■ UNKNOWN | |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?<br>■ YES  ☐ No | IF YES, IS THAT RELATIONSHIP:<br>☐ EMPLOYER/EMPLOYEE<br>☐ FAMILIAL | ☐ FRIEND/NEIGHBOR<br>☐ BUSINESS | ■ OTHER (explain) |
|---|---|---|---|

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? | ☐ YES  ☐ No |
|---|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

Complaint for medical negligence

| | DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?<br>☐ YES  ■ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|---|
| | WILL AN INTERPRETER BE NEEDED?<br>☐ YES  ■ No | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE: *(signature)*

Effective 05-04-2015, CN 10517-English

page 1 of 2

**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days' discovery
- 151 NAME CHANGE
- 175 FORFEITURE
- 302 TENANCY
- 399 REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502 BOOK ACCOUNT (debt collection matters only)
- 505 OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506 PIP COVERAGE
- 510 UM or UIM CLAIM (coverage issues only)
- 511 ACTION ON NEGOTIABLE INSTRUMENT
- 512 LEMON LAW
- 801 SUMMARY ACTION
- 802 OPEN PUBLIC RECORDS ACT (summary action)
- 999 OTHER (briefly describe nature of action)

### Track II - 300 days' discovery
- 305 CONSTRUCTION
- 509 EMPLOYMENT (other than CEPA or LAD)
- 599 CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605 PERSONAL INJURY
- 610 AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621 UM or UIM CLAIM (includes bodily injury)
- 699 TORT – OTHER

### Track III - 450 days' discovery
- 005 CIVIL RIGHTS
- 301 CONDEMNATION
- 602 ASSAULT AND BATTERY
- 604 MEDICAL MALPRACTICE
- 606 PRODUCT LIABILITY
- 607 PROFESSIONAL MALPRACTICE
- 608 TOXIC TORT
- 609 DEFAMATION
- 616 WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617 INVERSE CONDEMNATION
- 618 LAW AGAINST DISCRIMINATION (LAD) CASES

### Track IV - Active Case Management by Individual Judge / 450 days' discovery
- 156 ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303 MT. LAUREL
- 508 COMPLEX COMMERCIAL
- 513 COMPLEX CONSTRUCTION
- 514 INSURANCE FRAUD
- 620 FALSE CLAIMS ACT
- 701 ACTIONS IN LIEU OF PREROGATIVE WRITS

### Multicounty Litigation (Track IV)
- 271 ACCUTANE/ISOTRETINOIN
- 274 RISPERDAL/SEROQUEL/ZYPREXA
- 278 ZOMETA/AREDIA
- 279 GADOLINIUM
- 281 BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282 FOSAMAX
- 285 STRYKER TRIDENT HIP IMPLANTS
- 286 LEVAQUIN
- 287 YAZ/YASMIN/OCELLA
- 288 PRUDENTIAL TORT LITIGATION
- 289 REGLAN
- 290 POMPTON LAKES ENVIRONMENTAL LITIGATION
- 291 PELVIC MESH/GYNECARE
- 292 PELVIC MESH/BARD
- 293 DEPUY ASR HIP IMPLANT LITIGATION
- 295 ALLODERM REGENERATIVE TISSUE MATRIX
- 296 STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS
- 297 MIRENA CONTRACEPTIVE DEVICE
- 601 ASBESTOS
- 623 PROPECIA

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics.

Please check off each applicable category    ☐ **Putative Class Action**    ☐ **Title 59**

Effective 05-04-2015, CN 10517-English